GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, Appellant, v. JANE L. ARMSTRONG, Respondent, et al., Defendants.

Argued January 2, 1945; decided February 21, 1945.

*Otis T. Bradley* and *Patrick J. Kearney* for appellant.

*Philip J. Maron, Colman Gray* and *J. David Delman* for respondent.

Judgment affirmed, with costs payable out of the fund; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.